UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 21-0458-JVS (JEM) | Date | March 4, 2021 |
|---|---|---|---|
| Title | TICH THANH TRAN v COMMISSIONER OF SOCIAL SECURITY | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE PROOF OF SERVICE IN COMPLIANCE WITH CASE MANAGEMENT ORDER

    On February 24, 2021, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution based on Plaintiff's failure to file a proof of service of the summons and complaint.

    On February 28, 2021, Plaintiff's counsel filed a declaration indicating that he served the summons and complaint by certified mail on the Commissioner of Social Security at the Office of Regional Counsel in San Francisco. This response reflects that the summons and complaint has not been properly served.

    Again, the Court directs Plaintiff to Section I of the January 20, 2021 Case Management Order ("CMO") (Docket No. 9), which gives specific instructions regarding proper service of the summons and complaint. The CMO requires Plaintiff to serve the summons and complaint on the Commissioner at three specific locations by registered or certified mail within 28 days after the filing of the complaint. The address where Plaintiff's counsel states he served the summons and complaint is not one of the locations identified in the CMO.

    Accordingly, Plaintiff is again **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and failure to comply with a court order based on the failure to file proof of proper service the summons and complaint as previously ordered.

    To show cause pursuant to this order, Plaintiff must file proof of service of the summons and complaint no later than **March 18, 2021**, demonstrating complete compliance with Section I of the CMO. The proof of service shall be in the proper format; a declaration from counsel does not constitute proper proof of service.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 21-0458-JVS (JEM) | Date | March 4, 2021 |
|---|---|---|---|
| Title | TICH THANH TRAN v COMMISSIONER OF SOCIAL SECURITY | | |

    Failure to file proper proof of service of the summons and complaint as outlined in the CMO will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

                                                                              : _____

Initials of Preparer                           slo